PENTZ, APPELLANT, *v.* CORSCADDEN, RESPONDENT.

(No. 3,422.)

(Submitted November 9, 1914.   Decided November 16, 1914.)

[144 Pac. 157.]

### *Nonappealable Order.*

1.   An order entered in the minutes of the court sustaining a demurrer to the complaint and directing a dismissal of the action, *held* nonappealable.

[As to what judgments and orders may be appealed from, see note in 20 Am. St. Rep. 173.]

*Appeal from District Court, Ravalli County; R. Lee McCullough, Judge.*

ACTION by Percy Pentz against George Corscadden.   Appeal dismissed.

Cause submitted on brief of Appellant; there being no appearance on behalf of Respondent.

*Mr. George T. Baggs,* for Appellant.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

Plaintiff in the court below has attempted to appeal from an order sustaining a demurrer to his complaint and directing the [1] dismissal of his action.   There was not any judgment entered but only a minute entry of the order.   The order is not a judgment (Rev. Codes, secs. 6710, 7139; *State ex rel. Allen* v. *Hawkins,* 33 Mont. 177, 82 Pac. 952; *Lisker* v. *O'Rourke,* 28 Mont. 129, 72 Pac. 416, 755; *Butte & B. C. M. Co.* v. *Montana Ore Pur. Co.,* 27 Mont. 152, 69 Pac. 714); neither is it one of the enumerated orders from which an appeal can be taken (sec. 7098, Rev. Codes), and therefore this court is without jurisdiction to consider the appeal.

The pretended appeal is dismissed.

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.